# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2182 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 106 DB 2015 |
| v. | : | |
| | : | Attorney Registration No. 35361 |
| ADRIAN JOSEPH MOODY, | : | |
| Respondent | : | (Philadelphia) |

## O R D E R

**PER CURIAM:**

AND NOW, this 26th day of June, 2015, there having been filed with this Court by Adrian Joseph Moody his verified Statement of Resignation dated June 10, 2015, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Pa.R.D.E. 215, it is

ORDERED that the resignation of Adrian Joseph Moody is accepted; he is disbarred on consent from the Bar of the Commonwealth of Pennsylvania; and he shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).